JOHN J. SAMSON, WSBA#22187
SARA J. OLSON, WSBA #33003
Assistant Attorneys General
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445
johns@atg.wa.gov
sarao@atg.wa.gov

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAROLD R.J. STENSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ELDON VAIL, ET AL.,<br><br>    Defendants. | NO. CV-08-5079-LRS<br><br>DEFENDANTS' *AMENDED* NOTICE OF APPEAL OF PRELIMINARY INJUNCTION OR, IN THE ALTERNATIVE, APPEAL OF INTERLOCUTORY ORDER |

**THIS IS A CAPITAL CASE**

Notice is hereby given that Defendants, Eldon Vail, et al., by and through their attorneys, ROBERT M. MCKENNA, Attorney General, JOHN J. SAMSON and SARA J. OLSON, Assistant Attorneys General, appeal to the United States Court of Appeals for the Ninth Circuit from the Court's Order entering a stay of Darold R.J. Stenson's execution, currently scheduled for December 3, 2008, entered in this action on the 25th day of November, 2008. This notice of appeal is entered as a matter of right, under 12 U.S.C. § 1292(a), as the underlying order is, in effect, a preliminary injunction.

DEFENDANTS' *AMENDED* NOTICE OF APPEAL

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

1   In the alternative, this notice of appeal is filed under 12 U.S.C. § 1292(b)
2   as the district court's interlocutory order certifies that the order is appealable as
3   it "involves a controlling question of law as to which there is a substantial
4   ground for difference of opinion and that an immediate appeal from the order
5   may materially advance the ultimate termination of the litigation."
6   DATED this 25th day of November, 2008.

ROBERT M. MCKENNA
Attorney General

/s/ John J. Samson
/s/ Sara J. Olson
JOHN J. SAMSON, WSBA #22187
SARA J. OLSON, WSBA #33003
Assistant Attorneys General

**CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2008, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

SHERILYN PETERSON       SPeterson@perkinscoie.com
RICHARD COYLE            RCoyle@perkinscoie.com

/s/ Kathy Jerenz
KATHY JERENZ
Legal Assistant

DEFENDANTS' *AMENDED* NOTICE OF APPEAL

3

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445