**FILED**

**NOV 25 2008**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAROLD J. STENSON,  Plaintiff - Appellee,  v.  ELDON VAIL, Secretary of Washington Department of Corrections (in his official capacity), et al.,  Defendant - Appellant. | No. 08-35974  D.C. No. 2:08-cv-05079-LRS Eastern District of Washington, Spokane  ORDER |

By 5 pm Friday November 28, 2008, Appellee shall file his response to Appellant's emergency motion to vacate the stay of execution entered by the District Court for the Eastern District of Washington. Appellant's reply is due by 8 am Saturday November 29, 2008.

BY DIRECTION OF THE COURT:

Molly C. Dwyer
Clerk of Court

Case 2:984cv-05079-LRS    Document 21    Filed 11/25/08