**FILED**

**NOV 26 2008**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAROLD J. STENSON,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>ELDON VAIL, Secretary of Washington Department of Corrections (in his official capacity), et al.,<br><br>        Defendant - Appellant. | No. 08-35974<br><br>D.C. No. 2:08-cv-05079-LRS<br>Eastern District of Washington, Spokane<br><br>ORDER |

Before: SCHROEDER, KLEINFELD, and BEA, Circuit Judges

The State of Washington's motion to vacate the district court's stay of execution is denied as moot in light of the existing stay entered by the state court. The denial is without prejudice to renewal of the motion under changed circumstances. The Clerk's November 25, 2008 scheduling order is vacated.