**FILED**

**DEC 10 2008**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAROLD J. STENSON, | No. 08-35974 |
| Plaintiff-Appellee, | D.C. No. 2:08-cv-05079-LRS<br>Eastern District of Washington |
| v. | |
| ELDON VAIL, | ORDER |
| Defendant-Appellant. | |

Before:  SCHROEDER, KLEINFELD, and BEA, Circuit Judges

Appellant's motion to dismiss this appeal as moot is granted.